# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN RENE OKA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No.  1:21-cv-1569 JLT HBK<br><br>ORDER ADOPTING IN PART THE FINDINGS AND RECOMMENDATIONS, REMANDING THIS ACTION PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g), AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(Docs. 18, 19, and 20) |

Robin Rene Oka asserts she is entitled to a period of disability and disability insurance benefits under Title II of the Social Security Act and sought review of the administrative decision denying her application for benefits.  The magistrate judge found the ALJ erred in evaluating Plaintiff's subjective complaints and "did not provide clear and convincing reasons, supported by substantial evidence, for rejecting Plaintiff's symptom claims." (Doc. 20 at 11; *see also id.* at 6-11.)  The magistrate judge recommended Plaintiff's motion for summary judgment be granted, the Commissioner's cross-motion be denied, and the matter be remanded for further proceedings.  (*Id.* at 11-12.)

The Court served the Findings and Recommendations were served upon the parties on January 9, 2023 and informed them that any objections were to be filed within 14 days of the date of service.  (Doc. 20 at 12.)  In addition, the Court advised the parties "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing

*Wilkerson v. Wheele*r, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  To date, no objections have been filed, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  However, the Court notes the Findings and Recommendations also included a recommendation that the "court direct the Clerk to enter judgment in favor of the Commissioner of Social Security" (Doc. 20 at 12), which appears to be a scrivener's error given the analysis and recommendation of remand.  Therefore, the Court declines to adopt this recommendation. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 17, 2023 (Doc. 20) are **ADOPTED IN PART**.
2. Plaintiff's motion for summary judgment (Doc. 18) is **GRANTED**.
3. The Commissioner's cross-motion for summary judgment (Doc. 19) is **DENIED**.
4. This matter is **REMANDED** for further proceedings consistent with the Court's decision pursuant to sentence four of 42 U.S.C. § 405(g).
5. The Clerk of Court is directed to enter judgment in favor of Plaintiff Robin Rene Oka and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:  **February 3, 2023**

UNITED STATES DISTRICT JUDGE

2